UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PEREZ, Cynthia J.<br>SSN xxx xx 0556 | Chapter 13<br>Case No. 26-10344-JEB |

# MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE FOR FAILURE TO MAKE PAYMENTS

## NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On February 19, 2026, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On March 31, 2026, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341. An amended Plan was filed June 6, 2026

3. The Trustee is unable to recommend confirmation of the Debtor's Plan at this time.

4. The Debtor is in arrears according to the terms of the plan totaling $7,959.00 which is equal to 3.0 month(s) of plan payments. This amount does not include the current month and may increase prior to hearing. Further, the Debtor has not made any Plan payments since August 4, 2026, and has demonstrated an inability to make regular monthly plan payments. Failure to make timely payments is grounds for dismissal pursuant to 11 U.S.C §1307.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,
By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated: November 9, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PEREZ, Cynthia J.<br>SSN xxx xx 0556 | Chapter 13<br>Case No. 26-10344-JEB |

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: ____________

U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: PEREZ, Cynthia J.
SSN xxx xx 0556

Chapter 13
Case No. 26-10344-JEB

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty one (21) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: November 9, 2026

/s/ Carolyn Bankowski

SERVICE LIST

Cynthia J. Perez
482 Park St
New Bedford, MA 02740

Richard D. Smeloff
Smeloff & Associates
500 Granite Avenue
Suites 7 & 8
Milton, MA 02186